IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NICOLE DIANE HEFLIN POSTOAK,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Case No. CIV-26-175-SLP |
| ) | |
| OKLAHOMA DEPARTMENT OF    ) | |
| HUMAN SERVICES, et al.,    ) | |
| ) | |
| Defendants.    ) | |

**O R D E R**

Upon review of the Complaint [Doc. No. 1], certain allegations contain protected information, including the names of one or more individuals that appear to be minors. *See* Fed. R. Civ. P. 5.2(a). Accordingly, the Clerk of Court is directed to seal the Complaint.

The Court further directs Plaintiff to file an Amended Complaint that redacts all minor children's names and includes only their initials, as required by the privacy protection requirements of Rule 5.2(a) of the Federal Rules of Civil Procedure. Plaintiff is warned that while she is proceeding in this action without an attorney, she must still comply with applicable rules. *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005) ("[P]ro se parties [must] follow the same rules of procedure that govern other litigants," including the Federal Rules of Civil Procedure and this Court's Local Civil Rules (which are available on the Court's website)). Future filings that do not comply with the Local Civil Rules or Federal Rules of Civil Procedure, including Rule 5.2(a), may be summarily stricken.

Lastly, Plaintiff did not include a completed civil cover sheet (Form JS-44) with her Complaint. The Local Civil Rules require every civil action to have a civil cover sheet accompany the filing of the Complaint. *See* LCvR 3.1. The form is available from the Court Clerk's office or on the Court's website. Plaintiff is directed to complete a civil cover sheet and include it with her Amended Complaint.

IT IS THEREFORE ORDERED that Plaintiff shall file a Civil Cover Sheet and an Amended Complaint with redactions of all minor children's names, and which includes only their initials no later than February 13, 2026.

IT IS FURTHER ORDERED that the Clerk of Court shall seal the Complaint [Doc. No. 1].

IT IS SO ORDERED this 4th day of February, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE